IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BX LED LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 6:22-cv-00445-ADA-DTG |
| WALMART INC., | § § | JURY DEMANDED |
| *Defendant.* | § § | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Agreed Scheduling Order [Dkt. 17] modified by the Parties on January 27, 2023 [Dkt. 27], Plaintiff BX LED, LLC ("Plaintiff" or "BX LED") and Defendant Walmart Inc. ("Defendant" or "Walmart") (collectively, the "Parties") hereby submit the Joint Claim Construction Statement attached as Exhibit A.

| | |
|---|---|
| Dated: March 31, 2023 | Respectfully submitted, |

**PLATT CHEEMA RICHMOND PLLC**

*/s/ Matthew C. Acosta*
Matthew C. Acosta
Texas Bar No. 24062577
macosta@pcrfirm.com
Andrew Lin
Texas Bar. No. 24092702
alin@pcrfirm.com
Nicholas C. Kliewer
Texas Bar No. 24083315
nkliewer@pcrfirm.com
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR PLAINTIFF BX LED, LLC**

and

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Arthur P. Licygiewicz*
Arthur P. Licygiewicz
State Bar No. 24128778
art.licygiewicz@nortonrosefulbright.com
Brett C. Govett
State Bar No. 08235900
brett.govett@nortonrosefulbright.com
Vlada A. Wendel
Texas Bar No. 24131751
vlada.wendel@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214-855-8000
Fax: 214-855-8200

Peter M. Hillegas
Texas Bar No. 24101913
peter.hillegas@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255

Tel: (512) 536-2402
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANT WALMART INC.**

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff hereby certifies that a copy of the foregoing document was served on counsel of record on March 31, 2023 by the Court's ECF system.

*/s/ Matthew C. Acosta*
Matthew C. Acosta