Exhibit A – Joint Claim Construction Statement                                   Civil Action No. 6:22-cv-00445-ADA-DTG

**Agreed Constructions**

| Patent | Term | Agreed Construction |
|---|---|---|
| U.S. PATENT NO. 6,869,812 | **"active region"**<br><br>Claims 1, 10<br><br>**Proposed by Walmart** | "a region in a light emitting diode that is capable of emitting light (i.e. emitting photons as electrons and holes recombine) when sufficient voltage is applied" |
| U.S. PATENT NO. 6,869,812 | **"active area"**<br><br>Claims 1, 2, 3, 8<br><br>**Proposed by Walmart** | "the two-dimensional area of the top or bottom surface of the active region" |
| U.S. PATENT NO. 8,998,433 | **"the wavelength conversion component takes on a three dimensional shape"**<br><br>Claim 10<br><br>**Proposed by Walmart** | "the wavelength conversion component is a non-flat shape" |
| U.S. PATENT NO. 10,966,300 | **"N being ≥ 1"**<br><br>Claims 11<br><br>**Proposed by BX LED** | No need for construction. Term contains a typographical error as printed in final patent and should be "N being > 1". |

Exhibit A – Joint Claim Construction Statement                    Civil Action No. 6:22-cv-00445-ADA-DTG

**Disputed Constructions[1]**

| Patent | Term | BX LED Construction | Walmart Construction |
|---|---|---|---|
| U.S. PATENT NO. 6,869,812 | "greater than approximately," (Claims 1-2)<br><br>"between approximately 1.5 to 1 and approximately 10 to 1" (Claim 3)<br><br>**Proposed by Walmart** | Plain and ordinary meaning.<br><br>Alternatively, "approximately, within standard manufacturing tolerances" | Indefinite |
| U.S. PATENT NO. 7,901,109 | "a heat sink integrally affixed to the solid state light" (Claim 10)<br><br>**Proposed by Walmart** | Plain and ordinary meaning.<br><br>Alternatively, "a heat sink that is securely fastened to the solid-state light, not merely brought into contact with." | "a heat sink formed together with the solid state light such as to make up a single complete unit, and not formed separately and then merely connected to the solid state light by mechanical or electrical connections" |
| U.S. PATENT NO. 7,973,465 | "a phosphor bearing film arranged with the light emitting device" (Claim 1)<br><br>**Proposed by Walmart** | Plain and ordinary meaning. | Indefinite |
| U.S. PATENT NO. 7,973,465 | "the phosphor bearing film is 60%-80% phosphor" (Claim 2) | Plain and ordinary meaning.<br><br>Alternatively, "the phosphor bearing | Indefinite |

---

[1] Defendant's motion to strike certain constructions and extrinsic evidence relied upon by Plaintiff is pending and fully briefed. See Dkts. 29, 31, 34.

Exhibit A – Joint Claim Construction Statement

Civil Action No. 6:22-cv-00445-ADA-DTG

| Patent | Term | BX LED Construction | Walmart Construction |
|---|---|---|---|
| | **Proposed by Walmart** | film is 60%-80% phosphor *by weight*" | |
| U.S. PATENT NO. 8,203,260 | "a duty cycle of the drive currents used to control the color temperature" (Claim 4)<br><br>**Proposed by both parties** | "a duty cycle of the drive currents is used to control the color temperature"<br><br>correcting omission of the word "is" in the claim | "the correlated color temperature (CCT) of the light is determined by the percentage of time in which the drive current load is 'on" compared to the time when the drive current load is 'off'" |
| U.S. PATENT NO. 8,567,988 | "efficient thermal path" (Claim 1)<br><br>**Proposed by Walmart** | Plain and ordinary meaning<br><br>Alternatively, "the path for heat dissipation created by mounting an LED directly to a substrate with high thermal conductivity without intervening insulating materials" | Indefinite |
| U.S. PATENT NO. 8,567,988 | "an electrical path formed by connecting the LED chips in a chip to chip fashion" (Claim 1)<br><br>**Proposed by Walmart** | Plain and ordinary meaning | "electrically connecting one LED chip directly to another LED chip" |
| U.S. PATENT NO. 8,998,433 | "configured to irradiate a wavelength conversion component with excitation energy" (Claim 1)<br><br>**Proposed by Walmart** | Plain and ordinary meaning. | "designed to direct light through a wavelength conversion component" |

Exhibit A – Joint Claim Construction Statement                     Civil Action No. 6:22-cv-00445-ADA-DTG

| Patent | Term | BX LED Construction | Walmart Construction |
|---|---|---|---|
| U.S. PATENT NO. 8,998,433 | "color enhancement filter layer" (Claim 1) **Proposed by Walmart** | Plain and ordinary meaning. Alternatively, "a layer configured to filter undesirable emitted color wavelengths" | "an optical filter that narrows the range of wavelengths transmitted" |
| U.S. PATENT NO. 10,966,300 | "power rails" (Claim 1) **Proposed by Walmart** | Plain and ordinary meaning | "the electrical lines or buses from which power is drawn" |
| U.S. PATENT NO. 10,966,300 | "segmented LED" (Claim 1, 7) **Proposed by Walmart** | Plain and ordinary meaning. Alternatively, "an LED die that is divided into N segments wherein the segments are serially connected to one another" | "a single LED die that is divided into N segments that are serially connected to one another, where N > 1 and typically between 2 and 100" |