IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BX LED LLC, § § § *Plaintiff,* § § v. § § WALMART INC., § § *Defendant.* § § | Case No. 6:22-cv-00445-ADA-DTG  JURY DEMANDED |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff BX LED LLC ("BX" or "Plaintiff") and Defendant Walmart Inc. ("Defendant" or "Walmart") (collectively, the "Parties") hereby notify the Court that they have reached an agreement in principle to settle all matters in controversy between the Parties. The Parties therefore respectfully request that all deadlines be stayed for the next thirty (30) days to allow the Parties to finalize their agreement and to file an appropriate dismissal with the Court.

1

Dated: July 27, 2023                    Respectfully submitted,

                    **PLATT CHEEMA RICHMOND PLLC**

                    */s/ Matthew C. Acosta*
                    Matthew C. Acosta
                    Texas Bar No. 24062577
                    macosta@pcrfirm.com
                    Andrew Lin
                    Texas Bar. No. 24092702
                    alin@pcrfirm.com
                    Nicholas C. Kliewer
                    Texas Bar No. 24083315
                    nkliewer@pcrfirm.com
                    1201 N. Riverfront Blvd., Suite 150
                    Dallas, Texas 75207
                    214.559.2700 Main
                    214.559.4390 Fax

                    **COUNSEL FOR PLAINTIFF BX LED, LLC**

                    and

                    **NORTON ROSE FULBRIGHT US LLP**

                    */s/ Arthur P. Licygiewicz*
                    Arthur P. Licygiewicz
                    State Bar No. 24128778
                    art.licygiewicz@nortonrosefulbright.com
                    Brett C. Govett
                    State Bar No. 08235900
                    brett.govett@nortonrosefulbright.com
                    Vlada A. Wendel
                    Texas Bar No. 24131751
                    vlada.wendel@nortonrosefulbright.com
                    2200 Ross Avenue, Suite 3600
                    Dallas, Texas 75201
                    Tel: 214-855-8000
                    Fax: 214-855-8200

                    Peter M. Hillegas
                    Texas Bar No. 24101913
                    peter.hillegas@nortonrosefulbright.com
                    98 San Jacinto Boulevard, Suite 1100
                    Austin, Texas 78701-4255
                    Tel: (512) 536-2402

Fax: (512) 536-4598

**COUNSEL FOR DEFENDANT WALMART INC.**

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff hereby certifies that a copy of the foregoing document was served on counsel of record on July 27, 2023 by the Court's ECF system.

/s/ Matthew C. Acosta
Matthew C. Acosta