IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BX LED LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 6:22-cv-00445-ADA-DTG |
| **WALMART INC.,** | § § | **JURY DEMANDED** |
| *Defendant.* | § § | |

### JOINT MOTION TO DISMISS

WHEREAS, Plaintiff BX LED LLC ("BX" or "Plaintiff") and Defendant Walmart Inc. ("Defendant" or "Walmart") (collectively, the "Parties") have resolved the claims asserted in this case.

NOW, THEREFORE, the Parties, through their attorneys of record, request this Court to dismiss all claims brought by BX against Walmart with prejudice and all counterclaims and defenses brought by Walmart against BX without prejudice. The Parties further agree that each party shall bear its own attorneys' fees, costs of court and expenses borne by the party incurring the same.

1

Dated: August 30, 2023                                  Respectfully submitted,

**PLATT RICHMOND PLLC**

*/s/ Matthew C. Acosta*
Matthew C. Acosta
Texas Bar No. 24062577
macosta@plattrichmond.com
Andrew Lin
Texas Bar. No. 24092702
alin@plattrichmond.com
Nicholas C. Kliewer
Texas Bar No. 24083315
nkliewer@plattrichmond.com
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR PLAINTIFF BX LED, LLC**

and

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Arthur P. Licygiewicz*
Arthur P. Licygiewicz
State Bar No. 24128778
art.licygiewicz@nortonrosefulbright.com
Brett C. Govett
State Bar No. 08235900
brett.govett@nortonrosefulbright.com
Vlada A. Wendel
Texas Bar No. 24131751
vlada.wendel@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214-855-8000
Fax: 214-855-8200

Peter M. Hillegas
Texas Bar No. 24101913
peter.hillegas@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 536-2402

Fax: (512) 536-4598

**COUNSEL FOR DEFENDANT WALMART INC.**

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff hereby certifies that a copy of the foregoing document was served on counsel of record on August 30, 2023 by the Court's ECF system.

<u>*/s/ Matthew C. Acosta*</u>
Matthew C. Acosta