IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BX LED LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 6:22-cv-00445-ADA-DTG |
| **WALMART INC.,** | § § | JURY DEMANDED |
| *Defendant.* | § § | |

**ORDER GRANTING JOINT MOTION TO DISMISS**

On this day, Plaintiff BX LED LLC ("BX" or "Plaintiff") and Defendant Walmart Inc. ("Defendant" or "Walmart") (collectively, the "Parties") announced to the Court that they have resolved their respective claims and defenses asserted in this case.

It is therefore **ORDERED** that the Parties' Joint Motion to Dismiss is **GRANTED** and that all claims and defenses brought by BX against Walmart are dismissed with prejudice and all counterclaims and defenses brought by Walmart against BX are dismissed without prejudice. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. The Court's Clerk is directed to close this case.

Signed this 31st day of August, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE